IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KEITH HENDERSON,

    Plaintiff,

v.      CV 3:14-088

JUDGE JAMES GRAHAM, et al.,

    Defendants.

## ORDER

The captioned case was opened after having been transferred to this district from the Northern District of New York. Plaintiff Keith Henderson brings the action against prison and court officials under 42 U.S.C. § 1983. Having previously declared Henderson an abusive filer, see Case No. 3:12-mc-002, this complaint shall be consolidated in the miscellaneous case file and screened for compliance with 28 U.S.C. § 1915(g). Accordingly, the Court **ORDERS** the Clerk to **CLOSE** this case. The complaint will then be considered in accordance with the procedure set forth in the miscellaneous case, Case No. 3:12-mc-002.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of August, 2014.

UNITED STATES DISTRICT JUDGE